# CHADBOURNE & PARKE LLP

30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100 fax (212) 541-5369

**Donald I Strauber**
direct tel (212) 408-5205
dstrauber@chadbourne.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/26/11

November 23, 2011

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**VIA FACSIMILE**

Re: *Rapcinsky & Baker v. Skinnygirl Cocktails, L.L.C., et al.*
Case No. 1:11-cv-06546-JPO

Dear Judge Oetken:

We represent Defendant Beam Global Spirits & Wine LLC ("Beam"), in the above-referenced action.

Beam respectfully requests that the time in which it may answer, move against, or otherwise respond to the First Amended Class Action Complaint ("Amended Complaint"), which was served on November 17, 2011, be extended from December 1, 2011 to December 15, 2011. Beam requests this extension because the Amended Complaint contains new factual allegations not contained in Plaintiffs' Initial Complaint. Beam would like the additional time to investigate these allegations and prepare its response.

Plaintiffs' counsel, Thomas M. Mullaney, Esq., has consented to this request for an extension of time to December 15, 2011. This is the first extension of time by Beam with regard to the Amended Complaint. Beam previously requested and received an extension of its time to respond to the Initial Complaint.

Thank you for your consideration of this request.

Respectfully yours,

Donald I Strauber

cc: All counsel (via email and first class mail)

GRANTED: 11/28/11
J. Paul Oetken, U.S.D.J.

New York Washington Los Angeles Mexico City Sao Paulo London Moscow Warsaw Kyiv Almaty Dubai Beijing