# GT GreenbergTraurig



Philip H. Cohen
212-801-2145
cohenp@gtlaw.com

November 22, 2011

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/11**

**BY ECF**

Honorable J. Paul Oetken
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *Rapcinsky & Baker v. Skinnygirl Cocktails, L.L.C.., et. al.*
      1:11-cv-06546-JPO

Dear Judge Oetken:

We represent Defendants Skinnygirl Cocktails, L.L.C. ("Skinnygirl") and SGC Global, L.L.C. ("SGC") in the above-referenced action.

We respectfully request that the time in which Skinnygirl and SGC may answer, move against, or otherwise respond to the Amended Complaint, which was served on November 17, 2011, be extended from December 1, 2011 to December 15, 2011. We request this extension because the Amended Complaint contains new factual allegations not contained in Plaintiffs' original pleading. Skinnygirl and SGC would like the additional time to investigate these allegations and prepare their response.

Thomas M. Mullaney, Esq., counsel for Plaintiffs, has consented to this request for an extension of time to December 15, 2011. This is the first request for an extension of time by Skinnygirl and SGC to respond to the Amended Complaint. The Court previously granted Skinnygirl and SGC an extension of time to respond to Plaintiffs' original pleading.

Respectfully submitted,

*Phil Cohen*

Philip H. Cohen

cc: All counsel (via e-mail and first class mail)

11/28/11

GRANTED:
J. Paul Oetken, U.S.D.J.

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
MetLife Building ■ 200 Park Avenue ■ New York, NY 10166 ■ Tel 212.801.9200 ■ Fax 212.801.6400