UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
CHRISTOPHER RAPCINSKY and ERIN BAKER,:
Individually and On Behalf Of All Others
Similarly Situated                                          :     ECF CASE
           Plaintiffs,         :

    -against-                                          :     Index No. 11-Cv-6546(JPO)

SKINNYGIRL COCKTAILS, L.L.C., SGC                :
GLOBAL, L.L.C..and BEAM GLOBAL              :
SPIRITS & WINE, INC.,                                    :     **NOTICE OF MOTION**

         Defendants.                       :
                                      :
----------------------------------------------------------------x

      **PLEASE TAKE NOTICE**, THAT Plaintiffs Christopher Rapcinsky and Erin Baker, on behalf of themselves and all others similarly situated, by and through their attorneys, The Law Offices of Thomas M. Mullaney, respectfully move this Court pursuant to Rule 23(a) and (b) of the Federal Rules of Civil Procedure to enter an order certifying and determining that this action may properly be maintained as a class action.

Dated: New York, New York
       May 1, 2012

                                              Respectfully submitted,

                                              LAW OFFICES OF THOMAS M. MULLANEY

                                              By: _____
                                                  Thomas M. Mullaney (TM 4274)

                                              275 Madison Ave, 37th Floor
                                              New York, New York 10016
                                              (212) 223-0800

*Attorneys for Plaintiffs*
*Christopher Rapcinsky and Erin Baker, Individually*
*and On Behalf Of All Others Similarly Situated*

Of Counsel

Robert A. Rivas, Esq.
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, Ca 92707